UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR DEL AGUILA, *individually and on behalf of all others similarly situated*, *et al.*,

    Plaintiffs,

v.

NEWMARK SOLUTIONS CORP., *et al.*,

    Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

19-CV-7372 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    During the December 11, 2020 conference, the Court instructed the parties to submit an amended settlement agreement—omitting the no publicity provision—no later than December 18, 2020. To date, the parties have not done so. Accordingly, no later than December 30, 2020, the parties shall file their amended settlement agreement. If the Court's ruling on the no publicity provision prevents the parties from settlement at this time, no later than December 30, 2020 the parties shall submit a joint letter informing the Court of this fact and proposing next steps.

SO ORDERED.

Dated:   December 21, 2020
           New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge