UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR DEL AGUILA, *individually and on behalf of all others similarly situated*, *et al.*

                Plaintiffs,

v.

NEWMARK SOLUTIONS CORP., *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-27-21

19-CV-7372 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 21, 2020, the Court ordered the parties to submit an amended settlement agreement no later than December 30. Dkt. 39. On December 31, the Court granted the parties a two-week extension, ordering the parties to submit their amended settlement agreement no later than January 13, 2021. Dkt. 41. To date, the parties have not done so. No later than February 1, 2021, the parties shall file their amended settlement agreement. If the parties no longer intend to settle, they shall also inform the Court of this no later than February 1, 2021.

SO ORDERED.

Dated:    January 27, 2021
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge