UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR DEL AGUILA, *et al.*,

                Plaintiffs,

      v.

NEWMARK SOLUTIONS CORP., *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

19-CV-7372 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons stated in the Court's October 26 memorandum opinion and order, dkt. 36, and in light of the recent revisions made by the parties, the Court concludes that the settlement agreement is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The agreement is thus approved, and this action is dismissed with prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    February 2, 2021
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge